# CHARGES AND PENALTIES

**CASE NAME:** GEOFFREY WAYNE REYNOLDS        **CASE NO.** 2:23-cr-00076-MKD

TOTAL # OF COUNTS: 1     ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

*FILED IN THE U.S. DISTRICT COURT EASTERN DISTRICT OF WASHINGTON*
*Jun 21, 2023*
*SEAN F. McAVOY, CLERK*

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1035 | False Statements Relating to Health Care Matters | CAG not more than 5 years; up to a $250,000 fine; up to 3 years supervised release; and a $100 special penalty assessment |